IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LINDA RENEE RAYE,

      Plaintiff,

v.                                Case No. 1:17cv210-MW/GRJ

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

      Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 18, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 19. Upon consideration,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner is **AFFIRMED**." Plaintiff's request for oral argument, ECF No. 19, is **DENIED**. The Clerk shall close the file.

**SO ORDERED on July 22, 2018.**

                                                **s/Mark E. Walker              **
                                                **United States District Judge**